**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **ATLANTIC MARITIME SERVICES, LLC** § | | **CIVIL ACTION No. 2:20-CV-03097** |
| § | | |
| Plaintiff, § | | **SECTION "J"** |
| **VS.** § | | |
| § | | **DIVISION "1"** |
| **ECOPETROL AMERICA, LLC,** § | | |
| *in rem* § | | **JUDGE: CARL BARBIER** |
| § | | |
| § | | **MAGISTRATE: JANIS VAN** |
| § | | **MEERVELD:** |
| Defendant. § | | |
| § | | |

**WRIT OF SEQUESTRATION**

TO:   United States Marshal
       For the United States District Court
       For the Eastern District of Louisiana

    You are hereby commanded, in the name of the United States District Court for the Eastern

District of Louisiana, to sequester, on the terms and conditions set forth below, the following

property:

> All interests held by Ecopetrol America, LLC in the specific property
> interests of Ecopetrol America, LLC included within La. R.S. § 4863(A)(1)-
> (4) associated with the operating interest covering the lease situated in the
> Outer Continental Shelf, OCS-G-28030, Mississippi Canyon Area, Block
> 948 (the "*Lease*"), containing Well #4 (API 608174129900) (the "*Well*") (the
> "*Subject Interests*").

    **IT IS ORDERED** that a Writ of Sequestration is hereby issued with respect to the Subject

Interests, directing the United States Marshal to (i) serve or cause to be served this Writ of

Sequestration on Ecopetrol America, LLC, and (ii) record or cause to be recorded this Writ of

Sequestration in the records of the Clerks of Court for the Parishes of Orleans, St. Tammany, St.

Bernard, and Plaquemines, and in the records of the United States of America, Bureau of Ocean

Energy Management.

1

New Orleans, Louisiana, this _____ day of _____, 2020.


_____
JUDGE